UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE STEVENSON, on behalf of herself individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>PAYCHEX INC.,<br><br>       Defendant. | **CASE ACTION NO. 6:24-cv-6433** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Natalie Stevenson, through undersigned attorneys, hereby dismisses this action without prejudice, with each party to bear their own fees, costs and expenses.

Respectfully submitted,

Dated: August 15, 2024

*/s/ James Bilsborrow*
James Bilsborrow
700 Broadway
New York, NY 10003
Tel.: (212) 558-5500
jbilsborrow@weitzlux.com
*Attorney for Plaintiff*